# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MICHAEL HALLER,  ON HIS OWN
BEHALF AND OTHERS SIMILARLY
SITUATED,

                           **Plaintiffs,**

-vs-                                       **Case No.  6:08-cv-384-Orl-28KRS**

CUSTOM INDUSTRIES OF NAPLES,
INC.,  JACK STROUBE,

                           **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion:

> **MOTION:**    **MOTION TO DROP PARTY (Doc. No. 15)**
>
> **FILED:**        **September 29, 2008**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Plaintiff Michael Haller files this motion, styled as a "Motion to Drop Party," as to Defendant

Jack Stroube.  Doc. No. 15.  The Court construes this motion as a Notice of Voluntary Dismissal

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  As Defendant Stroube has not yet "served either an answer

or a motion for summary judgment," Haller need only file a notice of dismissal.  *Id.*  If such a notice

of dismissal is filed, it will be "effective immediately ... and no subsequent court order is required."

*Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) (citing J. Moore, Moore's Federal Practice

¶ 41.02[2] (1988)).

    **DONE** and **ORDERED** in Orlando, Florida on September 30, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE